UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRIUS CORP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT, U.S.A., INC., et al.,<br><br>　　　　　Defendants. | Case No.   1:23-cv-01479-ADA-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 9) |

　　　　This matter is before the Court on Plaintiff's notice of voluntary dismissal (ECF No. 9), which states that "[t]his action is dismissed by the Plaintiff(s) in its entirety," and is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have not filed an answer or a motion for summary judgment.[1] In light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

\\\

\\\

\\\

---

[1] The notice of voluntary dismissal does not specify whether the dismissal is with or without prejudice. The Court notes that Rule 41(a)(1)(B) provides as follows: "Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

1

Accordingly, the Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

Dated:  **November 13, 2023**      /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE